No. 349.   BERGUIDO ET AL. *v.* EASTERN AIRLINES, INC. C. A. 3d Cir.   Certiorari denied.   *B. Nathaniel Richter, Charles A. Lord, Seymour I. Toll* and *Frank F. Truscott* for petitioners.   *Bernard M. Shanley* for respondent.

No. 350.   LUNDY MANUFACTURING CORP. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 2d Cir.   Certiorari denied.   *Harold Dublirer* for petitioner.   *Solicitor General Cox, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 351.   POWERS *v.* SLATON.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.   William L. Wallace* and *Scott Reed* for respondent.

No. 352.   DUCTLESS HOOD CO., INC., ET AL. *v.* A & B HOME APPLIANCES, INC.   C. A. 2d Cir.   Certiorari denied.   *Irving Moldauer* for petitioners.   *Alfred L. Haffner, Jr.* for respondent.

No. 357.   DICK ET AL. *v.* McNAMARA, SECRETARY OF DEFENSE, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Donald M. Murtha* for petitioners.   *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondents.   *E. G. Neumann* for the American Federation of Government Employees, as *amicus curiae,* in support of the petition.

No. 358.   HAINLINE *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Payne H. Ratner* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for the United States.